## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Nifty Home Products, Inc.

        Plaintiff,

v().                                            Civil Action # 04-CIV-4746 (MJD/JDL)

Kitchenstock, Inc.

        Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

The Court, having reviewed all the files, records, and proceedings herein, and having received by electronic filing the Stipulation of Dismissal with Prejudice (Docket No. 22), signed by counsel for both parties above-named, now issues the following:

**IT IS HEREBY ORDERED:**

All claims of both parties in this matter are hereby **DISMISSED** with prejudice, and the Court may enter judgment herein dismissing the above-captioned action with prejudice without costs to either party and without further notice to the parties or their respective attorneys.

                                                         BY THE COURT:

Dated: September 16, 2005                s/ Michael J. Davis
                                                 The Honorable Michael J. Davis
                                                 Judge of United States District Court