# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Nifty Home Products, Inc.

        Plaintiff,

v.                                   Civil Action # 04-CIV-4746 (MJD/JDL)

Kitchenstock, Inc.

        Defendants.

## AMENDED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed all the files, records, and proceedings herein, and having received by electronic filing the Stipulation of Dismissal with Prejudice (Docket No. 22), signed by counsel for both parties above-named, now issues the following:

**IT IS HEREBY ORDERED:**

All claims of both parties in this matter arising under the laws of the United States and the State of Minnesota are hereby are **DISMISSED** with prejudice, and the Court may enter judgment herein dismissing the above-captioned action with prejudice without costs to either party and without further notice to the parties or their respective attorneys.

                                          BY THE COURT:

Dated: __September 28, 2005              __s/Michael J. Davis_____
                                                           The Honorable Michael J. Davis
                                                           Judge of United States District Court